IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

B10010014

IN RE:

Rolandas Kriukas;

]  Case Number 10-00846
]  CH 7
]  Judge Bruce W. Black
]
]
]
]
]

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

On the motion of JPMorgan Chase Bank, N.A., a secured creditor herein, the Court having jurisdiction over the subject matter and due notice having been given; it appearing to the court that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

IT IS HEREBY ORDERED that the automatic stay in this case is modified as to the interest of JPMorgan Chase Bank, N.A., its successors, and/or assigns in the property commonly known as 783 Feather Sound Dr., Bolingbrook, IL.

IT IS FURTHER ORDERED THAT Rule 4001(a)(3) is not applicable, and the effect of this order is not stayed.

DATED:    19 FEB 2010            ENTER:

_Bruce W. Black_

**Bankruptcy Judge**

FREEDMAN, ANSELMO, LINDBERG & RAPPE, LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL 60566-7228
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No. Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Robert Rappe- 6201817 Doug Oliver - 6273607, Barbara Nilsen- 6287524
Clay R. Mosberg- 1972316, Karl V. Meyer- 6220397, Michael S. Bablo- 6236653
Adam J. Wilde- 6301184, Jason A. Newman, Of Counsel,- 6275591, Cook- 39765

B10010014